UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:22-cv-14267-JEM

ALAN GROCHOWSKI, on behalf of himself and
of all other persons similarly situated,

        Plaintiffs,

v.

SAFE HOME SECURITY, INC.,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. L.R. 16.4, Plaintiff ALAN GROCHOWSKI, jointly with Defendant SAFE HOME SECURITY, INC. (collectively, the "Parties"), by and through the undersigned counsel, hereby give notice to the Court that the Parties have reached a settlement. The Parties will file a Joint Stipulation of Dismissal within forty-five (45) days of this notice, upon the execution of the settlement documents, and respectfully request that the Court stay the remainder of the proceedings until such time.

Dated: September 20, 2022

/s/ *Stephen A. Beck*
Stephen A. Beck
Florida Bar No. 1010183
Scott A. Bursor
Florida Bar No. 68362
Bursor & Fisher, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
sbeck@bursor.com
scott@bursor.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Kristen M. Arrojo*
Kristen M. Arrojo, Esq.
Florida Bar No. 1027845
Joseph Lipari, Esq. *Pro Hac Vice*
The Sultzer Law Group, P.C.
270 Madison Ave., Suite 1800
New York, NY 10016
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
arrojok@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com

*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2022, the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on all counsel or parties of record.

/s/ <i>Kristen M. Arrojo</i><br>
Kristen M. Arrojo, Esq.<br>
Florida Bar No. 1027845